**FILED**
03/15/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Arlester Hamm Petitioner

vs

T. Rule   Respondent

2:23-cv-00125-JRS-MKK

Motion 2241

I am currently a prisoner at Terre Haute Fedral Correctional Institution. I am filing this motion on my behalf. Due to I am short on time and unable to exhaust all remedies to recieve all of my 110 day's or more time credit, which in my past team's my time credit has been kept from me. I am requesting that my time credit be given to me on behalf of the First Step Act Law my current out date is 9/7/2023.

Arlester Hamm
*Arlester Hamm* (signature)
3/12/2023