UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ARLESTER HAMM, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:23-cv-00125-JRS-MKK |
| T. RULE, | ) ) ) |
| Respondent. | ) |

**Order Dismissing Habeas Petition and Directing Entry of Final Judgment**

Arlester Hamm initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. Dkt. 1. The Court ordered him to either pay the $5.00 filing fee or demonstrate his financial inability to do so. Dkt. 4. An attempt to pay the $5.00 fee was made on April 4, 2023, via a debit card, but the amount was reversed via a chargeback. Dkt. 5. As a result, the Court issued an Order informing Mr. Hamm that the filing fee had not been paid and giving him an extended deadline to either pay the fee or demonstrate his inability to do so. *Id.* He failed to timely pay the fee or otherwise respond, so the Court again extended his deadline to pay the $5.00 filing fee or demonstrate his inability to do so. Dkt. 9. He was warned that failure to comply would result in the dismissal of the action without further warning. *Id.*

As of the writing of this Order, Mr. Hamm has not paid the filing fee or otherwise responded to the Court's Orders, and the deadline for doing so has passed. Accordingly, he has abandoned this action, and it is **dismissed without prejudice** for failure to prosecute.

Final judgment shall issue by separate entry.

**IT IS SO ORDERED.**

Date: 12/1/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ARLESTER HAMM
50203044
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov